**ROGER JEWELL**
316 N. Avenue A, #82
Casa Grande, AZ 85122
(520) 251-5230
laroger0@yahoo.com
Plaintiff, *Pro Se*

FILED ___ LODGED
___ RECEIVED ___ COPY
APR 0 8 2013
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roger Jewell,<br><br>    Plaintiff,<br><br>v.<br><br>Figi's, Inc., a corporation, and Century Link Sales Solutions, Inc., a corporation, dba Qwest Communications, Inc., a corporation,<br><br>    Defendants. | Case No.: CV-13-00522-PHX- SRB<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT FIGI'S, INC.** |

   Plaintiff Roger Jewell and Defendant Figi's, Inc. have reached a settlement that resolves all of Plaintiff's claims against Defendant Figi's, Inc. The parties are actively preparing a formal settlement and anticipate completing the task by April 22, 2013. Plaintiff intends to voluntarily dismiss his complaint upon completion of the settlement agreement. In light of the foregoing, Plaintiff requests that the Court allow the parties to continue to finalize their settlement, without requiring Plaintiff to secure a responsive

1 | pleading or file an entry of default.

Dated this 5th day of April, 2013.

PLAINTIFF ROGER JEWELL

_____
Roger Jewell