**ROGER JEWELL**
316 N. Avenue A, #82
Casa Grande, AZ 85122
(520) 251-5230
laroger0@yahoo.com
Plaintiff, *Pro Se*



# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| ROGER JEWELL, an individual, | ) CASE NO. CV-13-00522-PHX-SRB |
| Plaintiff, | ) DISMISSAL |
| vs. | ) |
| FIGI'S, INC., a corporation, and QWEST COMMUNICATIONS, etc., et al, | ) |
| Defendants. | ) |

**PLEASE TAKE NOTICE** that Plaintiff ROGER JEWELL hereby dismisses his case against all defendants in entirety with prejudice.

Respectfully submitted,

_____   4-18-13
Plaintiff, ROGER JEWELL      Date

-1-